# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**RICHARD JACKSON,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**Case No. 4:14cv548-MW/CAS**

**FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**

    **Defendant.**

_____/

## ORDER GRANTING MOTION TO COMPEL

This Court held a hearing on March 6, 2015, to consider Plaintiff's motion to compel, ECF No. 28.

For the reasons stated on the record,

**IT IS ORDERED:**

1.　The motion to compel, ECF No. 28, is **GRANTED**.

2.　Defendant has until March 13, 2015, to file a supplemental report explaining whether it has uncovered additional use of force and incident reports related to Plaintiff. If it has, those reports must be turned over.

1

2

3. Defendant has until 5:00 p.m., March 9, 2015, to produce documents it previously attempted to disclose but failed to do so for technological reasons. These documents concern Defendant's policies related to accommodating wheelchairs and certain sections of Plaintiff's inmate file.

4. Defendant shall identify, and produce for deposition, a department representative that can explain Defendant's system for categorizing grievances no later than March 20, 2015. Defendant must turn over all pertinent code categories at least 48 hours in advance of the deposition.

**SO ORDERED on March 6, 2015.**

**s/Mark E. Walker**
**United States District Judge**
